UNITED STATES of America,
Plaintiff–Appellee,

v.

**Todd Allen RUSSELL, Defendant–Appellant.**

No. 08–30048.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 13, 2009.

Nancy D. Cook, Office of the U.S. Attorney, Coeur D'Alene, ID, Alan G. Burrow, Esquire, Assistant U.S., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Mark S. Moorer, Esquire, Moscow, ID, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Todd Allen Russell appeals from his jury-trial conviction for conspiracy to possess methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Russell contends that he received ineffective assistance of counsel at trial. We decline to review this claim on direct appeal. The record is not sufficiently developed to permit review and determination of the issue, and Russell was not obviously denied his Sixth Amendment right to counsel. *See United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

